# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-12261 |
| SERIYAH M. CLARK-LOPEZ | ) | CHAPTER 7 |
| DEBTOR | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 2014 FORD FUSION, VIN: 3FA6P0K9XER320005 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******4501**

NOW COMES Carvana, LLC, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Lawson Williams, III
Brock and Scott, PLLC
Attorneys at Law
1080 Main Street, Ste 200
Pawtucket, RI 02860
newenglandBKR@brockandscott.com

Bridgecrest
7300 E Hampton Avenue
Suite 101
Mesa, Arizona 85209

Please take notice that the undersigned hereby appears as counsel for Carvana, LLC pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant

21-02805 BKMFR01

 

case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/
Lawson Williams, III
Attorney at Law (BBO# 545367)
Brock & Scott, PLLC
1080 Main Street, Ste 200
Pawtucket, RI 02860
401-217-8774
401-217-8702
newenglandBKR@brockandscott.com

21-02805 BKMFR01

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on  April 1, 2021
to the following:

SERIYAH M. CLARK-LOPEZ
36 HAVERHILL RD
AMESBURY, MA 01913-2226

Angelina Bruce-Flounory, Debtor's Attorney
Law Office of Angelina A. Bruce-Flounory
P.O. Box 870120
Milton Village, MA 02187
angelinaaa@comcast.net


Mark G. DeGiacomo, Bankruptcy Trustee
99 High Street, 20th Floor
Boston, MA 02110-2320

JOHN FITZGERALD, III, US Trustee
J.W. McCORMACK POST OFFICE & COURTHOUSE
5 POST OFFICE SQ., 10th Fl, Suite 1000
BOSTON, MA 02109

/s/
Lawson Williams, III
Attorney at Law (BBO# 545367)
Brock & Scott, PLLC
1080 Main Street, Ste 200
Pawtucket, RI 02860
401-217-8774
401-217-8702
newenglandBKR@brockandscott.com

21-02805 BKMFR01